UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-46-SCB-MRM

**JAMES COOKSEY,**

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS INC, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, AND HEALTHCARE REVENUE RECOVERY GROUP LLC D/B/A ACCOUNT RESOLUTION SERVICES**,

    Defendant(s).
_____/

**SUMMONS IN CIVIL ACTION**

To:

    **Healthcare Revenue Recovery Group LLC d/b/a Account Resolution Services
c/o Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Patti, Esq.
Patti Zabaleta Law Group
3323 Northwest 55th Street, Fort Lauderdale, Florida 33309
E-mail: tom@PZLG.Legal / Phone: 561-542-8550

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*KatrinaElliott*

Date: January 10, 2023

*Signature of Clerk of Deputy Clerk*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.  8:23-cv-46-SCB-MRM

**JAMES COOKSEY,**

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS INC, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, AND HEALTHCARE REVENUE RECOVERY GROUP LLC D/B/A ACCOUNT RESOLUTION SERVICES**,

    Defendant(s).
_____/

**SUMMONS IN CIVIL ACTION**

To:

    **Equifax Information Services LLC**
    c/o Corporation Service Company
    1201 Hays Street
    Tallahassee, Florida 32301-2525

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Patti, Esq.
Patti Zabaleta Law Group
3323 Northwest 55th Street, Fort Lauderdale, Florida 33309
E-mail: tom@PZLG.Legal / Phone: 561-542-8550

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*KatrinaElliott*

Date:  January 10, 2023

*Signature of Clerk of Deputy Clerk*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.  8:23-cv-46-SCB-MRM

**JAMES COOKSEY,**

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS INC, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, AND HEALTHCARE REVENUE RECOVERY GROUP LLC D/B/A ACCOUNT RESOLUTION SERVICES**,

    Defendant(s).
_____/

**SUMMONS IN CIVIL ACTION**

To:

    **Trans Union LLC**
    c/o Corporation Service Company
    1201 Hays Street
    Tallahassee, Florida 32301-2525

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Patti, Esq.
Patti Zabaleta Law Group
3323 Northwest 55th Street, Fort Lauderdale, Florida 33309
E-mail: tom@PZLG.Legal / Phone: 561-542-8550

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

KatrinaElliott

_____
*Signature of Clerk of Deputy Clerk*

Date:  January 10, 2023

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-00046-SCB-MRM

**JAMES COOKSEY,**

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS INC, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, AND HEALTHCARE REVENUE RECOVERY GROUP LLC D/B/A ACCOUNT RESOLUTION SERVICES**,

    Defendant(s).
_____/

**SUMMONS IN CIVIL ACTION**

To:

    **Experian Information Solutions Inc**
    c/o C T Corporation System
    1200 South Pine Island Road
    Plantation, Florida 33324

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Patti, Esq.
Patti Zabaleta Law Group
3323 Northwest 55th Street, Fort Lauderdale, Florida 33309
E-mail: tom@PZLG.Legal / Phone: 561-542-8550

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

KatrinaElliott

Date: January 10, 2023

*Signature of Clerk of Deputy Clerk*