# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:23-CV-00046-SCB-MRM

Plaintiff: **James Cooksey**

vs.

Defendant: **Experian Information Solutions Inc, Equifax Information Services LLC, Trans Union LLC and Healthcare Revenue Recovery Group LLC d/b/a Account Resolution Services**

For:
Thomas J. Patti
Patti Zabaleta Law Group
tom@pzlg.legal, victor@pzlg.legal
3323 NW 55th Street
Ft. Lauderdale, FL 33309

Received by All Broward Process Corp on the 12th day of January, 2023 at 3:27 pm to be served on **Experian Information Solutions Inc c/o CT Corporation System, 1200 S Pine Island Road, Plantation, FL 33324**.

I, Francisco X. Carreras, do hereby affirm that on the **13th day of January, 2023** at **1:30 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in Civil Action, Complaint, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Registered Agent** at the address of: **1200 S Pine Island Road, Plantation, FL 33324** on behalf of **Experian Information Solutions Inc**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55+, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true.  Notary not required pursuant to F.S. 92.525(2). Electronically signed in accordance with FSS 48.21(1).

**Francisco X. Carreras**
#582

**All Broward Process Corp
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194**

Our Job Serial Number: BPC-2023000109

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n