# RETURN OF SERVICE

State of Florida      County of      United States Middle District Court

Case Number: 8:23-CV-00046-SCB-MRM

Plaintiff:
**James Cooksey**

vs.

Defendant:
**Experian Information Solutions Inc, Equifax Information Services LLC, Trans Union LLC and Healthcare Revenue Recovery Group LLC d/b/a Account Resolution Services**

For:
Thomas J. Patti
Patti Zabaleta Law Group
tom@pzlg.legal, victor@pzlg.legal
3323 NW 55th Street
Ft. Lauderdale, FL 33309

Received by ALL BROWARD PROCESS CORP. on the 13th day of January, 2023 at 1:41 pm to be served on **Trans Union LLC c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **17th day of January, 2023 at 8:35 am, I:**

**CORPORATE / LLC:** served by delivering a true copy of the **Summons in Civil Action, Complaint, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **SAMANTHA GABBE** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of Trans Union LLC c/o Corporation Service Company at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25+, Sex: F, Race/Skin Color: WHITE, Height: 5'8", Weight: 135, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MICHAEL C. NOLAN
Certified Process Server, #111

ALL BROWARD PROCESS CORP.
701 NORTH FIG TREE LANE
PLANTATION, FL 33317
(954) 214-5194

Our Job Serial Number: BPC-2023000117
Ref: 2023000117

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-46-SCB-MRM

JAMES COOKSEY,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC,
EQUIFAX INFORMATION SERVICES LLC,
TRANS UNION LLC, AND HEALTHCARE
REVENUE RECOVERY GROUP LLC D/B/A
ACCOUNT RESOLUTION SERVICES,

    Defendant(s).

Date: 1/17/23   Time: 8:35

MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

## SUMMONS IN CIVIL ACTION

To:

**Trans Union LLC**
c/o Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301-2525

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Patti, Esq.
Patti Zabaleta Law Group
3323 Northwest 55th Street, Fort Lauderdale, Florida 33309
E-mail: tom@PZLG.Legal / Phone: 561-542-8550

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Katrina Elliott

Date: January 10, 2023

*Signature of Clerk of Deputy Clerk*