**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No.  8:23-cv-00046

**JAMES COOKSEY,**

    Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES, LLC.,**

    Defendant.

_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff James Cooksey and Defendant Equifax Information Services, LLC., by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.  All parties have reviewed this stipulation.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Respectfully Submitted,

 /s/ Thomas J. Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail: tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail: victor@pzlg.legal
PATTI ZABALETA LAW GROUP
3325 Northwest 55th Street
Fort Lauderdale, Florida 33309
Phone: 561-542-8550

*COUNSEL FOR PLAINTIFF*

 /s/ Jason Daniel Joffe
**JASON DANIEL JOFFE, ESQ.**
Florida Bar No. 13564
E-mail: Jason.joffe.squirepb.com
Squire Patton Boggs
200 South Biscayne Boulevard, Suite 3400
Miami, FL 33131
Phone: 305-577-7010

*COUNSEL FOR DEFENDANT*