UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-00046-SCB-MRM

JAMES COOKSEY,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, AND HEALTHCARE REVENUE RECOVERY GROUP LLC d/b/a ACCOUNT RESOLUTION SERVICES,

    Defendants.
_____/

## NOTICE OF STRIKING DOCKET ENTRY 33

Plaintiff James Cooksey submits this Notice of Striking with respect the Stipulation of Dismissal, Doc. 33, inadvertently filed by counsel for Plaintiff. The intended filing was a Joint Notice of Settlement with respect to Defendant Equifax Information Services LLC. The correct filling shall follow this Notice.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: March 8, 2023

Respectfully Submitted,

 /s/ Thomas Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail:   Tom@pzlg.legal
PATTI ZABALETA LAW GROUP
3323 Northwest 55th Street
Fort Lauderdale, Florida 33309
Phone:    561-542-8550

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 8, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377