UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-00046

JAMES COOKSEY,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, AND HEALTHCARE REVENUE RECOVERY GROUP LLC *d/b/a* ACCOUNT RESOLUTION SERVICES,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES LLC

Plaintiff James Cooksey ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") submit this Joint Notice of Settlement and states Plaintiff and Equifax have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Respectfully Submitted,

 /s/ Thomas J. Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail: tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail: victor@pzlg.legal
PATTI ZABALETA LAW GROUP
3325 Northwest 55th Street
Fort Lauderdale, Florida 33309
Phone: 561-542-8550

*COUNSEL FOR PLAINTIFF*

 /s/ Jason Daniel Joffe
**JASON DANIEL JOFFE, ESQ.**
Florida Bar No. 13564
E-mail: Jason.joffe.squirepb.com
Squire Patton Boggs
200 South Biscayne Boulevard, Suite 3400
Miami, FL 33131
Phone: 305-577-7010

*COUNSEL FOR EQUIFAX*