UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-00046-SCB-MRM

JAMES COOKSEY,

      Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS INC; EQUIFAX
INFORMATION SERVICES LLC,
TRANS UNION LLC; and
HEALTHCARE REVENUE
RECOVERY GROUP LLC D/B/A
ACCOUNT RESOLUTION SERVICES[1],

      Defendant(s).
_____/

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT
HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ARS
ACCOUNT RESOLUTION SERVICES**

Plaintiff, James Cooksey, and Defendant, Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services, by and through their undersigned counsel, hereby notify the Court that the

---

[1] Defendant's correct name is *Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services.*

aforementioned Parties have reached a settlement in the above-captioned matter.

The parties are in the process of finalizing the terms of settlement and respectfully request that this Court allow thirty (30) days to complete the settlement, during which time Parties request this Court retain jurisdiction over this matter until fully resolved. The Parties anticipate that a joint stipulation to voluntary dismissal with Prejudice will be filed within thirty (30) days.

Dated this **9th day of March 2023.**

/s/ *Thomas J. Patti*
Thomas J. Patti, Esquire
Florida Bar No. 118377
tom@pzlg.legal
Patti Zabaleta Law Group
3325 Northwest 55th Street
Fort Lauderdale, Florida 33309
Telephone: 561-542-8550
*Attorneys for Plaintiff*

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire
Florida Bar No. 110108
Skohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant,* Healthcare *Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services*

/s/ *Victor Zabaleta,*
Victor Zabaleta, Esquire

Florida Bar No. 118517
victor@pzlg.legal
Patti Zabaleta Law Group
3325 Northwest 55th Street
Fort Lauderdale, Florida 33309
Telephone: 561-542-8550
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **March 9, 2023**, with the Clerk of the Court by using the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: Thomas J. Patti, Esquire and Victor Zabaleta, Esquire at tom@ Tom@pzlg.legal, and Victor@pzlg.legal; *(Attorneys for Plaintiff)*, Grant Edward Lavelle Schnell, Esquire at gschnell@jonesday.*com (Attorneys for Defendant Experian Information Solutions, Inc.)* Jason Daniel Joffe, Esquire at jason.joffe@squirepb.com *(Attorneys for Defendant Equifax Information Services LLC)*, and Alexandria Epps, Esquire at aepps@qslwm.com *(Attorneys for Defendant Trans Union LLC)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
service@shepardfirm.com

3

4

          Shepard, Smith, Kohlmyer & Hand, P.A.
          2300 Maitland Center Parkway, Suite 100
          Maitland, Florida 32751
          Telephone (407) 622-1772
          Facsimile (407) 622-1884
          *Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services*