UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-00046-SCB-MRM

JAMES COOKSEY,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, AND HEALTHCARE REVENUE RECOVERY GROUP LLC D/B/A ACCOUNT RESOLUTION SERVICES,

    Defendants.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff James Cooksey and Defendant Experian Information Solutions Inc ("Experian") and Defendant Trans Union LLC ("Trans Union"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this Stipulation of Voluntary Dismissal Without Prejudice with respect to Experian and Trans Union.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Respectfully Submitted,

 /s/ Thomas J. Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail:     tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail: victor@pzlg.legal
PATTI ZABALETA LAW GROUP
3325 Northwest 55th Street
Fort Lauderdale, Florida 33309
Phone:     561-542-8550

*COUNSEL FOR PLAINTIFF*

 /s/ Grant Schnell
**GRANT SCHNELL, ESQ.**
Florida Bar No. 108109
E-mail: gschnell@jonesday.com
Jones Day
1221 Peachtree Street N.E. Suite 400
Atlanta, GA 30361
Phone:     404-581-8023

*COUNSEL FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC*

 /s/ Alexandria Epps
**ALEXANDRIA EPPS, ESQ.**
Florida Bar No. 1002739
E-mail: aepps@qslwm.com
Quilling, Selander, Lownds, Winslett & Moser. P.C.
6900 North Dallas parkway, Suite 800
Plano, TX 75024
Phone:     214-560-5463

*COUNSEL FOR DEFENDANT TRANS UNION, LLC*